## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| Mangal G. Thakkar & Rani M. Thakkar, | ) |
| | ) Case No. 10 B 34935 |
| Debtors. | ) |
| | ) Judge Carol A. Doyle |
| | ) |
| | ) |

### AGREED ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING to be heard on the Motion to Modify Automatic Stay of Highland Crossing Condominium Association; Roberta Jake; Lee Einbinder; Kathleen Lauer; Hamed Khan; Kim Rivera; Dennis J. Hughes and Kathy Doherty, IT IS HEREBY ORDERED:

1. The Automatic Stay is modified to permit Highland Crossing Condominium Association to proceed in rem against the property commonly known as 1085 Higgins Qtr Dr #301, Hoffman Estates, IL 60194;

2. Highland Crossing Condominium Association, Roberta Jake, Lee Einbinder, Kathleen Lauer, Hamed Khan, Kim Rivera, Dennis J. Hughes and Kathy Doherty are permitted to proceed in case number 2010-CH-26145 pending before the Circuit Court of Cook County, Illinois for the limited purpose of recovering insurance proceeds and obtaining non-monetary injunctive relief against the debtors personally;

3. Highland Crossing Condominium Association, Roberta Jake, Lee Einbinder, Kathleen Lauer, Hamed Khan, Kim Rivera, Dennis J. Hughes and Kathy Doherty are permitted to proceed in case number 2010-CH-33618 pending before the Circuit Court of Cook County, Illinois as party defendants in that declaratory action;

4. This order is effective October 11, 2010.

Dated: 10/7/10                                    Judge: _____

Prepared by:
The Law Office of Melvin J. Kaplan, P.C.